| PROB 22<br>(Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)*<br>CR 01-00365DAE-01 |
|---|---|---|
| | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Rec. Court)*<br>CR 05-222-C |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE:<br><br>CRYSTAL GRIFFIN | DISTRICT<br><br>District of Hawaii | DIVISION<br><br>Honolulu CR 01-365-01DAE |
|---|---|---|
| | NAME OF SENTENCING JUDGE<br><br>David Alan Ezra | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM<br>4/2/2004 | TO<br>4/1/2010 |

| OFFENSE |
|---|
| POSSESSION WITH INTENT TO DISTRIBUTE AND DISTRIBUTE COCAINE BASE, A SCHEDULE II CONTROLLED SUBSTANCE WITHIN 1,000 FEET ON A PUBLIC PLAY GROUND, in violation of 21 U.S.C. § 860(a) |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 09 2005

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF HAWAII

at 12 o'clock and 16 min. PM
SUE BEITIA, CLERK

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the <u>Western District of Oklahoma (Oklahoma City)</u> upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

_11-15-05_
Date

_[signature]_
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Western District of Oklahoma (Oklahoma City)

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_11/30/05_
Effective Date

FILED

_[signature]_
United States District Judge

DEC - 5 2005
ROBERT D. DENNIS
U.S. DIST. COURT, WESTERN DIST OF OKLA
BY _____ DEPUTY

28